# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-30201
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 24, 2020

Lyle W. Cayce
Clerk

In the Matter of: RICHARD EDWARD HUNT

> Debtor

ISSIS R. ELWIN, also known as Issis R. Arias-Elwin,

> Appellant

v.

RICHARD EDWARD HUNT, also known as Ed Hunt, also known as Edward Hunt, formerly known as Frank Edward Hangs, III, also known as Michael Griceman,

> Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-7237

Before SMITH, DENNIS, and DUNCAN, Circuit Judges.

PER CURIAM:*

Issis R. Elwin appeals the district court's affirmance of the bankruptcy court's dismissal of her petition for involuntary bankruptcy against Richard Hunt based on a lack of jurisdiction. The district court concluded that Elwin

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-30201

failed to carry her burden of demonstrating a prima facie case that Hunt's debts that were not contingent on liability or subject to bona fide dispute exceeded the statutory threshold for involuntary bankruptcy.  Seeing no error in the district court's decision, we AFFIRM.  IT IS FURTHER ORDERED that Hunt's pending Motion to Find Issis R. Arias-Elwin Guilty of Lying to a Court is DENIED.